1  SPENCER P. HUGRET (SBN: 240424)
   shugret@grsm.com
2  HAILEY ROGERSON (SBN: 311918)
   hogerson@grsm.com
3  GREG GRUZMAN (SBN: 245701)
   ggruzman@grsm.com
4  GORDON REES SCULLY MANSUKHANI, LLP
   275 Battery Street, Suite 2000
5  San Francisco, CA 94111
   Telephone: (415) 875-3193
6  Facsimile: (415) 986-8054

7  Attorneys for Defendant
   FCA US LLC

8

9                    UNITED STATES DISTRICT COURT

10                SOUTHERN DISTRICT OF CALIFORNIA

11  VADIM GLUZMAN, an individual,      )  CASE NO. 3:20-cv-02274-DMS-MDD
                                       )
12                       Plaintiff,    )  **STIPULATION OF DISMISSAL**
                                       )  **AND ORDER**
13          vs.                        )
                                       )
14  FCA US LLC, a Delaware Limited     )  Sup. Ct. Comp. Filed: October 20, 2020
    Liability Company,                 )
15                                     )
                                       )
16                       Defendants.   )
                                       )
17                                     )
                                       )
18                                     )
                                       )
19  _____)

20

21                         **STIPULATION**

22          IT IS HEREBY STIPULATED by and between the parties to this action

23  through their designated counsel that the above-captioned action be and hereby is

24  dismissed, with prejudice pursuant, to Fed. R. Civ. Pro. 41(a)(1).

25  Dated: February 23, 2021        GORDON REES SCULLY MANSUKHANI, LLP

26
                                    */s/ Greg Gruzman*
27                                  _____
                                     Greg Gruzman
28                                   Attorneys for Defendant FCA USA, LLC

Gordon Rees Scully Mansukhani, LLP
500 Marquette Avenue NW, Suite 1200
Albuquerque, NM 87102

-1-
STIPULATION OF DISMISSAL AND ORDER

DATED: February 23, 2021    LEMON LAW GROUP PARTNERS, PLC

*/s/ Kathryn B. Abrams*

Kathryn B. Abrams
Attorneys for Plaintiff VADIM GLUZMAN

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Gordon Rees Scully Mansukhani, LLP
500 Marquette Avenue NW, Suite 1200
Albuquerque, NM 87102**

-2-
STIPULATION OF DISMISSAL AND ORDER

1

## <u>ORDER</u>

2          Based on the foregoing stipulation, the action shall be, and hereby is,

3    DISMISSED WITH PREJUDICE.

4          **IT IS SO ORDERED**

5    Dated:  February 26, 2021

6                                                        _____
                                                         Hon. Dana M. Sabraw, Chief Judge
7                                                        United States District Court

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gordon Rees Scully Mansukhani, LLP
500 Marquette Avenue NW, Suite 1200
Albuquerque, NM 87102

STIPULATION OF DISMISSAL AND ORDER